1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   STEVEN REGIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-5289 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | HEARING AND ORDER THEREON |
| | ) | |
| STEVEN REGIER, | ) | Date: June 27, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| _____ | ) | |

It is hereby stipulated by and between the parties hereto that the hearing on discovery in the above-entitled matter now set for May 23, 2005, may be continued to **June 27, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///
///
///
///
///
///

|   |   |   |   |
|---|---|---|---|
|   |   |   | McGREGOR W. SCOTT<br>United States Attorney |

DATED: May 19, 2005        By:    /s/ Jonathan B. Conklin
                                           JONATHAN B. CONKLIN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


                                           QUIN DENVIR
                                           Federal Defender


DATED: May19, 2005         By:    /s/ Marc C. Ament
                                           MARC C. AMENT
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           STEVEN REGIER


**ORDER**

IT IS SO ORDERED.

**Dated:   May 20, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE