1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
STEVEN REGIER

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           )
                                          )   No. 1:04-cr-5289 AWI
12 |              *Plaintiff,*             )
                                          )   STIPULATION TO CONTINUE MOTIONS
13 |       v.                             )   HEARING AND ORDER THEREON
                                          )
14 | STEVEN REGIER,                      )   Date: August 1, 2005
                                          )   Time: 9:00 a.m.
15 |              *Defendant.*             )   Judge: Hon. Anthony W. Ishii
                                          )
16 | _____     )

   It is hereby stipulated by and between the parties hereto that the hearing on discovery in the above-entitled matter now set for June 27, 2005, may be continued to **August 1, 2005, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for defendant time for further preparation.

   The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: June 23, 2005 | | By: | /s/ Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | | QUIN DENVIR<br>Federal Defender |
| DATED: June 23, 2005 | | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVEN REGIER |

## ORDER

IT IS SO ORDERED.   Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 24, 2005**            /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation & Proposed Order                    2