1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   STEVEN REGIER

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   No. 1:04-cr-5289 AWI
12              Plaintiff,             )
                                       )   STIPULATION TO CONTINUE MOTIONS
13         v.                          )   HEARING AND ORDER THEREON
                                       )
14  STEVEN REGIER,                     )   Date:   September 19, 2005
                                       )   Time:  9:00 a.m.
15              Defendant.             )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____   )

17         It is hereby stipulated by and between the parties hereto that the hearing on discovery in the above-

18  entitled matter now set for September 6, 2005, may be continued to **September 19, 2005, at 9:00 a.m.**

19         The reason for this continuance is to allow counsel for defendant time for further defense

20  preparation and explore settlement.

21         The parties agree that any delay resulting from this continuance shall be excluded in the interest of

22  justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

23  ///

24  ///

25  ///

26  ///

27  ///

28

McGREGOR W. SCOTT
United States Attorney

DATED: September 1, 2005          By:    /s/ Jonathan B. Conklin
                                         JONATHAN B. CONKLIN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: September 1, 2005          By:    /s/ Marc C. Ament
                                         MARC C. AMENT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         STEVEN REGIER

**ORDER**

Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    September 5, 2005          /s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE