1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
STEVEN REGIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-5289 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | HEARING AND ORDER THEREON |
| | ) | |
| STEVEN REGIER, | ) | Date: October 17, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

   It is hereby stipulated by and between the parties hereto that the hearing on discovery in the above-entitled matter now set for September 19, 2005, may be continued to **October 17, 2005, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for defendant time for further defense preparation and case settlement negotiations.

   The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///
///
///
///
///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 15, 2005 | By: /s/ Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | QUIN DENVIR<br>Federal Defender |
| DATED: September 15, 2005 | By: /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVEN REGIER |

**ORDER**

IT IS SO ORDERED.   Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 16, 2005**            /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE